UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

SEAN FENNESSY,

Plaintiff,

-against-

NEW YORK CITY FIRE DEPARTMENT and CITY OF
NEW YORK,

Defendants.

--------------------------------------------------------------------------X

**DEFENDANTS' NOTICE
OF MOTION TO DISMISS
THE COMPLAINT**

No. 25-CV-01337(ENV)(JRC)

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated June 6, 2025, and upon all the papers and proceedings previously had herein, the undersigned will move this Court, before the Hon. Eric N. Vitaliano, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety on the grounds that, as a matter of law, the Complaint fails to adequately state a claim upon which relief can be granted, and for any further relief as the Court may deem just and proper.

Dated: New York, New York
       June 6, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-183
New York, New York 10007
(212) 356-2533

By: _____

Yi Liu, Esq.
Assistant Corporation Counsel
yil@law.nyc.gov

To:    <u>All Parties via ECF</u>