

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Yi Liu, Esq.**
**Assistant Corporation Counsel**
**Labor and Employment Law Division**
Telephone: (212) 356-2533
Cell No.: (332) 323-0668

October 22, 2025

**<u>Via ECF</u>**
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Sean Fennessy v. The City of New York, et al.</u>
No.: 25-cv-01337 (ENV)(JRO)

Dear Judge Vitaliano,

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing the City of New York and the New York City Fire Department ("Defendants") in the above-referenced action. On October 7, 2025, Plaintiff filed a two-page letter that attached two recent decisions: <u>Lee v. N.Y.C. Fire Dep't,</u> 2025 U.S. Dist. LEXIS 191585 (E.D.N.Y. Sep. 29, 2025), and <u>Mumin v. City of New York</u>, 2025 U.S. Dist. LEXIS 189235 (S.D.N.Y. Sep. 25, 2025), and contained extensive substantive argument. <u>See</u> ECF No. 27.

In the Eastern District of New York, Local Civil Rule 6.1(a) permits the filing of a motion, opposition, and reply. Plaintiff's two-page letter is none of these. It is an entirely new filing that contains improper legal argument concerning the applicability of <u>Lee</u> and <u>Mumin</u> and argues the same points that were briefed in Plaintiff's opposition, including the Free Exercise Clause, the Establishment Clause, the New York State and City Human Rights Laws. Plaintiff's two-page letter is, thus, an unauthorized and improper sur-reply that is not permitted under Local Civil Rule 6.1. The impropriety of Plaintiff's filing is highlighted by the fact that Defendants are prejudiced in their inability to respond to Plaintiff's arguments.

Based on the foregoing, Defendants respectfully request the Court strike Plaintiff's improper and unauthorized sur-reply.

I thank the Court for its consideration of this matter.

Respectfully submitted,
/s/

Yi Liu
Assistant Corporation Counsel
yil@law.nyc.gov


Cc:     All Counsel of Record, via ECF